| | AUSA: DePorre | Telephone: (810) 766-5177 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Sutara, ATF | Telephone: (810) 341-5710 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

   v.

Eqwan Sims, Elijah Halford,

Harold Jones, and Brandon Gavins

Case No. 4:26-mj-30273
Judge: Ivy, Curtis
Filed: 05-13-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 12, 2026 _____ in the county of _____ Genesee _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Attempted Interference by Robbery |
| 18 U.S.C. § 1951 | Conspircacy to Interfere with Commerce by Robbery |

This criminal complaint is based on these facts:

There is probable cause to believe that on **May 12, 2026**, Eqwan Sims, Elijah Halford, Harold Jones, and Brandon Gavins, violated 18 U.S.C. § 1951-Attempted Interference by Robbery, and 18 U.S.C. § 1951-Conspircacy to Interfere with Commerce by Robbery.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nathan Sutara, Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __May 13, 2026__

_____
*Judge's signature*

City and state: __Bay City, MI__

Hon. Patricia T. Morris, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Nathan Sutara, being first duly sworn, hereby depose and state that the following is true and correct to the best of my knowledge and belief and that this affidavit is based on the following facts:

## INTRODUCTION AND AGENT BACKGROUND

1.     I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. As an ATF agent, I am tasked with investigating criminal violations involving firearms, narcotics and violent crime offenses including violations of Title 18 and Title 21 of the United States Code. Before working with ATF, I was employed by the Michigan Department of State Police (MSP) for approximately five years. I held several positions with MSP, including Detective/Trooper with the Major Case Unit in Saginaw, Michigan. During this employment, I investigated numerous incidents involving violations of state and federal firearms laws, robberies, shootings, and homicides, as well as narcotics trafficking.

2.     I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of documents, and information gained

1

through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.     I am currently investigating Elijah Halford (XX-XX-2007), Eqwan Sims (XX-XX-2008), Harold Jones (XX-XX-2008), and Brandon Gavins (XX-XX-2007) for violating 18 U.S.C. § 1951-Attempted Interference with Commerce by Robbery and 18 U.S.C. § 1951-Conspircacy to Interfere with Commerce by Robbery.

### PROBABLE CAUSE SUMMARY

4.     ATF agents from Flint, including myself, are investigating an attempted armed robbery in violation of 18 U.S.C. § 1951. On May 12, 2026, Victim-1 arranged for a purchase of two firearms by communicating with Eqwan Kashif Sims II. Sims and Victim 1 agreed on a location for the transaction, which Sims later moved to a different deal location at a residence that appears to be abandoned. Victim-1 and Victim-2 traveled to the deal location, where Victim-1 stated that he observed a black Saab 9-3 with no registration plate parked in front of the abandoned residence. The vehicle was occupied by multiple unidentified men who were wearing dark clothing. Further, multiple individuals in the vehicle were also wearing clothing that covered the bottom half of their faces, but left their eyes and forehead exposed. As a result, Victim-1 feared he would be robbed and departed the scene

2

with no deal taking place. Moments later, the black Saab 9-3 also departed and appeared to be circling the area looking forVictim-1 and Victim-2. Police in the area stopped the Saab 9-3, which did not have a license plate. Elijah Halford (XX-XX-2007), Eqwan Sims (XX-XX-2008), Harold Jones (XX-XX-2008), Brandon Gavins (XX-XX-2007), and a male juvenile (XX-XX-2009) were all in the Saab. Four of the males were wearing clothing that was used to obscure their faces, and police found three firearms in the car.  Police interviewed Halford, Jones and Gavins, and all three of them admitted there was going to be a robbery.

### THE ATF INVESTIGATION

5.      On May 12, 2026, I spoke with Victim-1 and Victim-2. They told me that earlier that day, they arranged the purchase of two firearms from Eqwan Kashif Sims II (XX-XX-2008) via Sims's Instagram account "solo_quan23."

6.      Victim-1 and Victim-2 stated that before arranging the deal, Sims's Instagram account posted a photograph of firearms, all of which were described as being for sale.

7.      Per Victims-1 & 2, they arranged the purchase of two firearms from Sims on May 12, 2026.  During the conversation, they received the following from Sims's Instagram account:

3



8.      At approximately 3:45pm on May 12, 2026, Victim-1 went to meet Sims at a parking lot in Flint Township. Victim-1 and Sims agreed to meet at the location, but Victim-1 did not have contact with Sims there.

9.      After about 30 minutes, Sims contacted Victim-1 and directed him to a second location, 863 Tacken Street, Flint, MI 48532. The house at that address appears to be abandoned and has two "For Sale" signs posted, is in poor condition, has debris in the yard, and the lawn and shrubs are unkempt.

10.     Sims informed Victim-1 that he changed the location due to seeing police in the area of the original meet location. I am aware, however, that the police

responsible for servicing this area were involved in an investigation of another incident that left very little police coverage for the area of the original meet location. As a result, I believe it is likely that Sims lied about "seeing police" in order to get Victim-1 to the second deal location. Based on my training and experience, I know that sudden changes to the location of a firearm purchase can be an indicator of a potential robbery. I also know robberies are more likely to occur in isolated areas such as near abandoned houses as opposed to occupied homes.

11.     As Victim-1 arrived at 863 Tacken Street, he stated that he observed the black Saab, model 9-3 sedan, parked near the residence. Victim-1 further advised that there were at least four individuals seated in this car. Victim-1 said that the multiple subjects in the vehicle were wearing all dark clothing and saw them wearing clothing that was used to block their faces.  Victim-1 said that he suspected that he was going to be robbed and left the scene without making contact with the occupants of the Saab.

12.     Moments after Victim-1 left, the black Saab, model 9-3 also left the venue. The black Saab was driving slowly and methodically through the neighborhood. The suspect vehicle proceeded from intersection to intersection, pausing at each one as if to be searching for the vehicle occupied by Victim-1 and Victim-2.

13.     A Michigan State Police Trooper observed the black Saab, which had

5

no license plate, and conducted a traffic stop. During the stop, police detained the following individuals:

- Elijah Halford (XX-XX-2007)
- Eqwan Sims (XX-XX-2008)
- Harold Jones (XX-XX-2008)
- Brandon Gavins (XX-XX-2007)
- A male juvenile (XX-XX-2009)

14. During a search incident arrest and inventory search of the vehicle, police located and seized the following firearms:

- HS Produkt, Springfield Armory, model XD-9, bearing S/N: US969321, which had a loaded magazine;

- Palmetto State Armory, model PA-15, multi-caliber AR pistol bearing S/N: SCNL024177, which had a loaded high capacity magazine; and, a

- Glock, model 23, .40 caliber pistol, which had a loaded high capacity magazine.

15. During the traffic stop of this suspect vehicle, the white in color Nissan Altima was observed backed in the driveway of 859 Taken Street, Flint, MI, just north of 863 Taken St, Flint, MI. Moments later, this vehicle was seen departing.

16. All four adult suspects, Elijah Halford (XX-XX-2007), Eqwan Sims (XX-XX-2008), Harold Jones (XX-XX-2008), and Brandon Gavins (XX-XX-2007), were lodged at the Genesee County Jail on firearm related charges.

17. On May 12, 2026, ATF Agents Hurt and Monfette conducted interviews at the Genesee County Jail with Halford, Jones, and Gavins. They did not interview Sims and as of the drafting of this affidavit, Sims has not been interviewed.

18. Prior to each interview, S/As Hurt and Monfette advised each individual their *Miranda* rights, verbatim, per an ATF issued Advice of Rights and Waiver form. The following statements were made:

**Elijah Halford - Rear Middle Passenger**

- Halford advised he was picked up from a different location and sat in the backseat of the vehicle next to Sims.

- While seated in the backseat of the vehicle, he conversed with the other four males. Ultimately, they drove to an address on Tacken Street, Flint, MI.

- Halford was told they were going to Tacken Street to sell marijuana. However, Halford noted there was no marijuana in the car, and thought it was odd.

- Upon their arrival to the Tacken Street house, Halford advised Sims was clearly coordinating their movement and activities. While still seated next to Sims, Sims made a phone call with an unknown individual. Halford ultimately heard that "they" were five minutes out.

- After Halford heard this phone conversation, he stated the entire mood in the car changed. Halford continued saying Sims pulled out a pistol and put it between them (Halford and Sims).

- It was at this time Halford stated he knew they were not selling anything, rather he knew they were going to rob the "customer."

7

- Halford claimed that nobody in the vehicle said anything about a robbery, but knew from Sims's actions, demeanor, and tone that a robbery was about to occur.

### Harold Jones - Rear Driver-Side Passenger

- Jones admitted that he was in possession of the AR pistol, and he was planning on selling it.

- At the time of the deal, however, Jones admitted to knowing they were going to rob the person who was going to purchase the AR pistol.

### Brandon Gavins-Driver of Vehicle

- Gavins stated they were planning on meeting someone to sell a firearm.

- Gavins heard someone in the backseat state that they thought the buyer (Victim-1) was "playing games." At that time, the male in the backseat told everyone they were going to rob Victim-1.

- Gavins was then instructed to try to find Victim-1 after he/she departed from 863 Tacken Street, Flint, MI.

### CONCLUSION

19. Based on the information above, I have probable cause to believe that on May 12, 2026, Elijah Halford (XX-XX-2007), Eqwan Sims (XX-XX-2008), Harold Jones (XX-XX-2008), and Brandon Gavins (XX-XX-2007), violated

18 U.S.C. § 1951-Attempted Interference by Robbery, and 18 U.S.C. § 1951-Conspircacy to Interfere with Commerce by Robbery.

Respectfully submitted,

Nathan Sutara
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on this _13_ day of May, 2026.

Hon. Patricia T. Morris
United States Magistrate Judge

9