UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

BRANDON GAVINS,

                Defendant.

CASE NO: 26-mj-30273

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

_____

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, Brandon Gavins, and states:

1.     Defendant is charged in this case with attempted interference by robbery and conspiracy to interfere with commerce by robbery.

2.     Defendant is currently incarcerated at Genesee County Jail in Flint, Michigan, in connection with a different case, and is in the custody of the Genesee County Sheriff's Department.

3.     Defendant's initial appearance has been scheduled for May 21, 2026 at 1:00 p.m. before Magistrate Judge Curtis Ivy, Jr., at the United States District

1

Courthouse, Flint, Michigan.   A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Genesee County Sheriff's Department, the United States Marshals Service, and any other interested federal law enforcement officer to produce Brandon Gavins before the judicial officer and at the place and time stated above, or any date thereafter as scheduled by the court.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

s/JULES M. DePORRE
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Phone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

Date: May 14, 2026

2

## **ORDER**

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad Prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition, and that said writ shall remain in effect until it has been discharged in writing by the United States Attorney's Office.

s/Curtis Ivy, Jr.

Curtis Ivy, Jr.
United States Magistrate Judge

Date:  May 14, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                      Plaintiff,

v.

BRANDON GAVINS,

                      Defendant.

CASE NO: 26-mj-30273

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

_____

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
_____

**TO:  The Genesee County Sheriff's Department, the United States Marshals Service, and any other interested federal law enforcement officer.**

Pursuant to the foregoing petition and order, you are directed to produce defendant Brandon Gavins, before Magistrate Judge Curtis Ivy, Jr. at the United States District Courthouse, Flint, Michigan, on May 21, 2026, at 1:00 p.m. or any date thereafter as scheduled by the court, for his initial appearance; and you are also directed to return Brandon Gavins to the facility in which he is currently incarcerated when his presence before this Court is no longer required, and upon written notification by the United States Attorney's Office that the writ may be discharged.

      KINIKIA D. ESSIX, Clerk of Court

                      By:   s/Sara Krause
                                   Deputy Clerk

1. I have executed this Writ as directed.   Date: _____
U.S.  MARSHAL'S  SERVICE  by:  _____, Deputy Marshal
2. This Writ is returned unexecuted for the following reason: _____.  Date: _____
U.S.  MARSHAL'S  SERVICE  by:  _____, Deputy Marshal

˘ 4 ˘