|  | AUSA: | DePorre | Telephone: | (810) 766-5177 |
|---|---|---|---|---|
| | Special Agent: | Sutara, ATF | Telephone: | (810) 341-5710 |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

Eqwan Sims,

Case No.   4:26-mj-30273

**F I L E D**
MAY 14 2026
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Eqwan Sims ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

There is probable cause to believe that on or about May 12, 2026, Eqwan Sims, Elijah Halford, Harold Jones, and Brandon Gavins, violated 18 U.S.C. § 1951-Attempted Interference by Robbery, and 18 U.S.C. § 1951-Conspircacy to Interfere with Commerce by Robbery.

Date:   May 13, 2026

_____
*Issuing officer's signature*

City and state:   Bay City, MI

Hon. Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5-13-26 , and the person was arrested on *(date)* 5/14/26
at *(city and state)* Flint, mt .

Date:   5/14/26

_____
*Arresting officer's signature*

Matthew Sutara 5/14
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*